UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

CHANTISE HOGUE,

                    Plaintiff,

      -against-

BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW
YORK, *a/k/a The New York City Department of
Education*, and DAVID FANNING, *in his
individual capacity and official capacity as
Principal of the A.P. Randolph High School*,

                    Defendants.

------------------------------------x

ORDER

20 Civ. 36 (GBD)



GEORGE B. DANIELS, United States District Judge:

     This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

     All conferences previously scheduled are adjourned *sine die*.

Dated: New York, New York
       June 18, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge