UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

CHANTISE HOGUE,

                                               Plaintiff,

           -against-

BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK, A/K/A THE
NEW YORK CITY DEPARTMENT OF EDUCATION,
and DAVID FANNING, In His Individual And Official
Capacity as Principal of the A.P. Randolph High School,

                                              Defendants.

-------------------------------------------------------------------- x

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

20 Civ. 36 (GBD) (SLC)

**SO ORDERED:**

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JUL 1 5 2020

**IT IS HEREBY STIPULATED AND AGREED,** by and among the parties as represented below that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice. This stipulation may be filed by either party without notice to the other.

Dated:     Brooklyn, New York
           ~~June~~ July 9, 2020

| | |
|---|---|
| **NESENOFF & MILTENBERG**<br>Attorneys for Plaintiff<br>363 Seventh Avenue, 5th Floor<br>New York, New York 10001<br>(212) 736-4500<br>GVinci@nmllplaw.com<br><br>By: _____<br>     Gabrielle Vinci | **JAMES E. JOHNSON**<br>Corporation Counsel of the<br>  City of New York<br>Attorney for Defendants<br>100 Church Street, Room 2-125<br>New York, New York 10007-2601<br>(212) 356-1105<br>jshaffer@law.nyc.gov<br><br>By: _____<br>     J. Kevin Shaffer<br>     Assistant Corporation Counsel |